# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

FILED
JOHN P. HEHMAN
CLERK

2013 NOV 21 PM 2:47

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Priority Mail Express parcel label number EK066069043US, postmarked November 19, 2013, weighing 6 pounds 15 ounces, addressed to Nayahmka Hamilton, 9315 Winton Rd Apt #1, Cincinnati, OH 45231 with a return address of Michelle Hopkins, 4609 Heidi Circle, Las Vegas, NV 89102

Case No. 1:13MJ-711

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express parcel label number EK066069043US

located in the ___Southern___ District of ___Ohio___, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.

☐ Delayed notice ___ days (give exact ending date if more than 30 days: ___) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/21/13

*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO )
) SS
COUNTY OF HAMILTON )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On November 20, 2013, your affiant requested a check in the postal service product tracking system for suspicious parcels going to southern Ohio. Priority Mail Express parcel label number EK066069030US and Priority Mail Express parcel label number EK066069043US were located going to Cincinnati, Ohio coming from Las Vegas, Nevada, a known drug source area.

The parcel label numbers are in sequential order and the parcels were mailed approximately one hour apart from two separate post offices.

On November 20, 2013, your affiant contacted the Cincinnati Postal Processing & Distribution Center (P&DC) and requested to be contacted when the aforementioned parcels arrived to be processed.

On November 20, 2013, your affiant was contacted by a clerk at the Cincinnati P&DC regarding the arrival of Priority Mail Express parcel label number EK066069030US and Priority Mail Express parcel label number EK066069043US.

Priority Mail Express parcel label number EK066069030US is addressed to Vasha Chapman, 754 Elberon Ave #4, Cincinnati, OH 45205 with a return address of James Williams, 5362 Holbrook Dr, Las Vegas, NV 89103.

On November 20, 2013, your affiant did a check in Accurint on the return address 5362 Holbrook Dr, Las Vegas, NV 89103. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, the name "Williams" is not associated with 5362 Holbrook Dr, Las Vegas, NV 89103.

On November 20, 2013, your affiant did a check in Accurint on the addressee address 754 Elberon Ave #4, Cincinnati, OH 45205. According to Accurint, the name "Chapman" is not associated with that address.

2

Priority Mail Express parcel label number EK066069043US is addressed to Nayahmka Hamilton, 9315 Winton Rd Apt #1, Cincinnati, OH 45231 with a return address of Michelle Hopkins, 4609 Heidi Circle, Las Vegas, NV 89102.

On November 20, 2013, your affiant did a check in Accurint on the return address 4609 Heidi Circle, Las Vegas, NV 89102. According to Accurint, the name "Hopkins" is not associated with 4609 Heidi Circle, Las Vegas, NV 89102.

On November 20, 2013, your affiant did a check in Accurint on the addressee address 9315 Winton Rd Apt #1, Cincinnati, OH 45231. According to Accurint, the name "Hamilton" is associated with that address.

Your affiant requested the parcels be placed in a secure location for further investigation.

On November 20, 2013, your affiant obtained Priority Mail Express parcel label number EK066069030US and Priority Mail Express parcel label number EK066069043US from the Cincinnati P&DC.

The parcels are identical in size and weight and the handwriting on the Priority Mail Express parcel labels is pictorially similar.

On November 20, 2013, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcels. Officer Phil Stoup responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcels were placed in a controlled area and presented to narcotic canine, "Max". "Max" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Priority Mail Express parcel label number EK066069030US addressed to Vasha Chapman, 754 Elberon Ave #4, Cincinnati, OH 45205 and Priority Mail Express parcel label number EK066069043US addressed to Nayahmka Hamilton, 9315 Winton Rd Apt #1, Cincinnati, OH 45231. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

3

Parcel #1 is further identified as follows: a U.S. Postal Service Priority Mail large mailing cardboard box 12" x 12" x 8" in size, bearing Priority Mail Express parcel label number EK066069030US, weighing 6 pounds 15 ounces, postmarked November 19, 2013; see address information below:

**Sender:** James Williams
5362 Holbrook Dr
Las Vegas, NV 89103

**Addressee:** Vasha Chapman
754 Elberon Ave #4
Cincinnati, OH 45205

Parcel #2 is further identified as follows: a U.S. Postal Service Priority Mail large mailing cardboard box 12" x 12" x 8" in size, bearing Priority Mail Express parcel label number EK066069043US, weighing 6 pounds 15 ounces, postmarked November 19, 2013; see address information below:

**Sender:** Michelle Hopkins
4609 Heidi Circle
Las Vegas, NV 89102

**Addressee:** Nayahmka Hamilton
9315 Winton Rd Apt #1
Cincinnati, OH 45231

This information, along with the positive alert of narcotic canine "Max" is indicative of a drug package or its proceeds.

4

Based on the information contained herein, your affiant believes that contained in Priority Mail Express parcel label number EK066069030US and Priority Mail Express parcel label number EK066069043US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 21 day of November, 2013.

Honorable Stephanie K. Bowman
United States Magistrate Judge

5



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer **P. STOUP**, am and have been employed by the **CINCINNATI POLICE DPT** since **1993**. Among other duties, I am currently the assigned handler of narcotics detection canine "**MAX**" which is trained and certified in the detection of the presence or odor of narcotics described as follows: **MARIJUANA, COCAINE, HEROIN, AND METHAMPHETAMINE**

On **11/20/13**, at the request of Postal Inspector K. O'Neill, I responded to **Cincy Postal Insp office**, where "**MAX**" did alert to and indicate upon: [describe item]

**PM Express EL066069043US addressed to Nayahmke Hamilton 9315 Winton Rd Apt #1 Cincinnati OH 45231 with return address Michelle Hopkins 4609 Heidi Circle Las Vegas NV 89102**

Which, based upon my training and experience and that of "**MAX**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

*P. Stoup* 11/20/13
(Signature and Date)

*O'Neill* 11-20-13
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009